# SATTER RUHLEN LAW FIRM, PLLC

Attorneys at Law

McCarthy Building
Sixth Floor
217 South Salina Street
Syracuse, New York 13202

Mimi C. Satter* (315) 471-0405 Susan T. McNeil
Sarah E. Ruhlen** Fax (315) 471-7849

*Also admitted to D.C. Bar
**Also admitted to PA Bar


June 22, 2022

United States District Judge
Hon. Mae A. D'Agostino
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**RE: Wayne T. Moulton v. County of Tioga, et al.**
**Index No. 3:22-cv-340**

Dear Judge D'Agostino:

Per your instructions, please find attached the above Plaintiff's Amended Complaint. Please advise if anything further is needed to comply with the text minute entry dated June 9, 2022. Thank you for permitting this amendment.

Very Truly Yours,

SATTER RUHLEN LAW FIRM, PLLC

/s/ Sarah E. Ruhlen

Sarah E. Ruhlen, Esq.

Cc:

Giancarlo Facciponte, Esq.
Wayne T. Moulton