**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

WAYNE T. MOULTON,

       Plaintiff,

v.

COUNTY OF TIOGA, NEW YORK;
TIOGA COUNTY SHERIFF'S DEPARTMENT;     Civil Action No.:
GARY W. HOWARD, individually and in his     3:22-cv-00340 (AMN/ML)
capacity as Sheriff of Tioga County; and
SHAWN J. NALEPA, individually and in his
capacity as Tioga County Sheriff's Department
Captain of Operations,

       Defendants.
----------------------------------------------------------------X

**NOTICE OF MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS**

Please take notice that upon a date and time determined by this Court, upon the

Affirmations of Plaintiff's counsel, the exhibits annexed thereto, and all prior proceedings had

herein, pursuant to 42 U.S.C. §1988 and Fed. R. Civ. P. 54, Plaintiff shall move this Honorable

Court, at the James T. Foley Federal Courthouse, 445 Broadway, Albany, NY 12207, for an

award of attorneys' fees and costs in the amount of $283,025.76

Dated: July 7, 2025

                            Respectfully submitted,

                            Sarah E. Ruhlen, Esq.
                            Bar Roll # 517793
                            SATTER RUHLEN LAW FIRM, PLLC
                            *Attorneys for Plaintiff*

217 S. Salina Street, 6th Floor
Syracuse, New York 13202
Tel.: (315) 471-0405
Fax: (315) 471-7849
sruhlen@satterlaw.com

Megan K. Thomas, Esq.
Megan Thomas Law, PLLC
*Attorneys for Plaintiff*
220 South Warren Street
        10th Floor
Syracuse, NY 13202
T. 315-999-1491
megant@mkt-law.com