UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WAYNE T. MOULTON,

                        Plaintiff,

      v.                                                       3:22-cv-00340 (AMN/ML)

COUNTY OF TIOGA, NEW YORK; GARY W. HOWARD, individually and in his capacity as Sheriff of Tioga County; and SHAWN J. NALEPA, individually and in his capacity as Tioga County Sheriff's Department Captain of Operations,

                        Defendants.
_____

## **ORDER DISMISSING ACTION BY REASON OF SETTLEMENT**

      On September 8, 2025, Magistrate Judge Mitchell J. Katz issued a Text Order that the matter has settled and that the parties are drafting a private agreement containing the agreed upon terms. Dkt. No. 145. Upon review of the record, it appears that no infant or incompetent is a party to this action.

      Accordingly, it is hereby

      **ORDERED** that this action is **DISMISSED** in its entirety, without costs, and **without prejudice** pursuant to the procedure as set forth in L.R. 68.1(a) of the Local Rules of this Court. This Order is issued without prejudice to the right of the parties to secure reinstatement of the case within sixty (60) days after the date of this Order by making a showing that the settlement was not, in fact, consummated; and in the event that no motion is made for reinstatement within sixty (60) days of the date of this Order, the dismissal of this case shall thereafter be **with prejudice**. Any application to reopen filed after the expiration of that sixty (60) day period may be summarily

2

denied solely on the basis of untimeliness, unless the time period is extended by the Court prior to its expiration. It is further

**ORDERED** that if the parties wish for the Court to retain ancillary jurisdiction for the purpose of enforcing any settlement agreement, they must submit a request that the Court retain jurisdiction over enforcement of the agreement or submit the agreement to the Court for incorporation of its terms into an order retaining jurisdiction within the above-referenced sixty (60) day period for reopening the matter. It is further

**ORDERED** that upon completion of settlement, the parties are directed file a Stipulation of Dismissal. It is further

**ORDERED** that the Clerk of the Court close this case.

**IT IS SO ORDERED**

Dated:   September 10, 2025                                *Anne M. Nardacci*
         Albany, New York                                  Hon. Anne M. Nardacci
                                                           U.S. District Judge